[Nos. 36880-0-I; 37881-3-I.   Division One.   June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN W. LINDSAY, *Appellant*.

*In the Matter of the Personal Restraint of* JOHN W. LINDSAY, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01361-5, Ronald L. Castleberry, J., entered June 23, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Cox, JJ.

[Nos. 34830-2-I; 36720-0-I.   Division One.   June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS K. PUTNAM, *Appellant*.

*In the Matter of the Personal Restraint of* DOUGLAS K. PUTNAM, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00975-0, George A. Finkle, J., entered May 31, 1994, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished per curiam opinion.

[No. 36244-5-I.   Division One.   June 10, 1996.]

NOR PAC HEATING & AIR CONDITIONING, *Respondent*, v. CLINTON TULLIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-11782-3, Michael Spearman, J., entered February 10, 1995. *Reversed* by unpublished per curiam opinion.